IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:24-CR-00018-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TREVON MONTEZ FREEMAN,

    Defendant.

ORDER

This matter comes before the court on the Defendant's pro se "Combined Motion for Appeal of Current Detention Order and Request for Speedy Trial" [DE 27]. Defendant is represented by counsel in this case and the court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, the motion is DENIED WITHOUT PREJUDICE to Defendant's counsel to re-file the motion if he and his client choose to do so.

SO ORDERED this __21st__ day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE