IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:24-CR-00018-M

UNITED STATES OF AMERICA,

    Plaintiff,

v().

TREVON MONTEZ FREEMAN,

    Defendant.

ORDER

This matter comes before the court on the United States' Motion for an Order to Release Funds [DE 48]. For good cause shown, the motion is GRANTED. The Hertford County Sheriff's Office shall turn over funds recovered from Trevon Montez Freeman, in the amount of $182.21, to the financial section of the Clerk's Office at the United States District Court for the Eastern District of North Carolina. The funds shall be applied to the outstanding monetary penalties ordered in this case.

SO ORDERED this 20th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE